**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CRIMINAL NO. 07-30056-01-GPM |
| | ) |
| **EDWARD E. THOMAS,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant **EDWARD E. THOMAS** pleaded guilty to Count 1 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **1/7/2008 at 9:00 at the E. St. Louis, Illinois Courthouse**.

**IT IS SO ORDERED.**

DATED: October 19, 2007

 S/G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge